FILE COPY

No. 07-14-00375-CR

| | | |
|---|---|---|
| Caleb Logan Hart<br>  Appellant | § | From the 31st District Court<br>  of Gray County |
| | § | |
| v. | | November 19, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 19, 2015, it is ordered, adjudged and decreed that portion of the judgment pertaining to conviction is affirmed and that portion of the judgment pertaining to punishment is reversed and the cause is remanded to the trial court for a new punishment hearing and entry of a corrected judgment.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o

o O o